Anne M. Talcott, WSBA #26886
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1500
Portland, OR 97204
atalcott@schwabe.com
Tel: (503) 222-9981

Attorneys for Defendant Ford Motor Company

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

KELLI R. HILL and GREGORY M. HILL, wife and husband, and as Guardians of Children A, B and C,

    Plaintiffs,

vs.

FORD MOTOR COMPANY, a Delaware corporation,

    Defendant.

No. CV-09-0049-LRS

**ORDER OF DISMISSAL WITH PREJUDICE**

**ORDER OF DISMISSAL**

THIS MATTER having come before the Court by stipulation of the parties and the Court having reviewed the stipulation and the file, and being fully advised herein, now, therefore,

IT IS HEREBY ORDERED that all claims are dismissed with prejudice and without costs to any party.

DATED this 31st day of March, 2010.

*s/Lonny R. Suko*
_____
THE HONORABLE LONNY R. SUKO

**ORDER OF DISMISSAL WITH PREJUDICE - 1**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW Fifth Avenue, Suite 1500
Portland, Oregon 97204

PDX/028145/169845/AMT/5660038.1